UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DERRICK OVERTON**  CIVIL ACTION

**VERSUS**  No. 18-6338

**M/V ALTRO DONNA, LLC ET AL.**  SECTION I

## ORDER

The Court has been notified that a proposed settlement was reached in the above-captioned matter. Pursuant to the request of all counsel,

**IT IS ORDERED** that the above-captioned matter is **STAYED** and **ADMINISTRATIVELY CLOSED**. Once the settlement is finalized, any party may, by written motion, move to reopen this case in order to enforce the settlement or file a motion for dismissal.

New Orleans, Louisiana, May 9, 2019.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE